1  Scott E. Davis
   State Bar No. 016160
2  SCOTT E. DAVIS, P.C.
   8360 E. Raintree Drive, Suite 140
3  Scottsdale, Arizona 85260

4  Telephone: (602) 482-4300
   Facsimile: (602) 569-9720
   davis@scottdavispc.com

5  *Attorney for Plaintiff Francene Rosenkrans*

6  **UNITED STATES DISTRICT COURT**

7  **DISTRICT OF ARIZONA**

| Francene Rosenkrans, | Case No.: 2:15-cv-02620-ESW |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE ONLY AS TO DEFENDANTS CAMDEN PROPERTY TRUST AND CAMDEN PROPERTY TRUST DISABILITY PLAN** |
| American General Life Insurance Company; Camden Property Trust; Camden Property Trust Disability Plan, | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Francene Rosenkrans hereby dismisses defendants Camden Property Trust and Camden Property Trust Disability Plan, without prejudice, from the above-captioned action.  Neither Defendant has filed a responsive pleading to Plaintiff's Complaint.

Dated: February 16, 2016.

Respectfully submitted,

*/s/ Scott E. Davis*
Scott E. Davis
Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that I have this day, February 16, 2016, electronically filed the foregoing with the Clerk of Court using the CM/ECF electronic filing system, which will automatically send notification of such filing to attorneys of record.

By: *Brittany Muchmore-Rhoads*
*An employee of Scott E. Davis, P.C.*