# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Francene Rosenkrans, | No. CV-15-02620-PHX-ESW |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| AIG Life Insurance Company, et al., | |
| Defendants. | |

The Court having considered the parties' Stipulation of Dismissal with Prejudice (Doc. 16), and good cause appearing,

IT IS ORDERED granting the Stipulation of Dismissal with Prejudice (Doc. 16).

IT IS FURTHER ORDERED dismissing with prejudice Plaintiff Francene Rosenkrans' claims against Defendant American General Life Insurance Company, each party to bear its own attorneys' fees and costs.

Dated this 6th day of April, 2016.

_____
Honorable Eileen S. Willett
United States Magistrate Judge